FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR -5 PM 3:12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID GLENN BERRY | CIVIL ACTION |
| VERSUS | NO:   00-0599 |
| BURL CAIN | SECTION: "J" (4) |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the respondent, Warden Burl Cain, and against the petitioner, David Glenn Berry, dismissing with prejudice Berry's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254.

New Orleans, Louisiana, this 5th day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR - 6 2001

___Fee_____
___Process___
_X_ Dktd
_✓_ CtRmDep
___ Doc.No._11_