



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

David Glenn Berry #378050                     CIVIL ACTION

VERSUS                                        NO. CA 00-599

N. Burl Cain, Warden, et al.                  SECTION "(J)" ((4))

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s):
_Petitioner's claim is procedurally barred._
_____
_____

Date: 04/06/01

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR - 9 2001

___ Fee
___ Process
_X_ Dktd
_V_ CtRmDep
___ Doc.No. 14