IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 01-30391
USDC No. 00-CV-599-J

---

DAVID GLENN BERRY,

           Petitioner-Appellant,

versus

BURL CAIN, Warden, Louisiana State Penitentiary,

           Respondent-Appellee.

---

Appeal from the United States District Court
for the Eastern District of Louisiana

---

O R D E R:

  David Glenn Berry, Louisiana prisoner # 378050, moves this court for a certificate of appealability ("COA") after the district court's denial of his 28 U.S.C. § 2254 habeas corpus petition. Berry contends that, under <u>Campbell v. Louisiana</u>, 523 U.S. 392 (1998), he was indicted by a grand jury composed in an unconstitutional manner and that his trial attorney performed ineffectively by: (1) failing to move to quash his indictment; and (2) failing to challenge sufficiently the State's DNA evidence.

  Berry's <u>Campbell</u> claim is foreclosed by an adequate and independent state procedural bar: Berry failed to file a motion to quash the indictment based on the composition of the grand jury. In addition, Berry has not made a substantial showing of the denial of a constitutional right with respect to any of his


O R D E R
No. 01-30391
- 2 -

claims that his counsel was ineffective. Berry has failed to show that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000); 28 U.S.C. § 2253(c)(2).

Accordingly, COA is DENIED.

*[signature: E. Grady Jolly]*

E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By *[signature]*
Deputy
New Orleans, Louisiana    JUN 29 2001

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-589-6514
600 CAMP STREET
NEW ORLEANS, LA 70130

> **RECEIVED**
> JUL - 2 2001
> 2001
> U.S. DISTRICT COURT
> EASTERN DISTRICT OF LOUISIANA
> DEPUTY CLERK

June 29, 2001

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
500 Camp Street
Room C-151
New Orleans, LA 70130

No. 01-30391 Berry v. Cain
USDC No. 00-CV-599-J

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 1 ) Volume    (   ) Envelopes    ( 1 ) Box

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: /s/ Kenneth Lotz
Kenneth Lotz, Deputy Clerk
504-589-6514 ITCM # 160

cc: w/encl:
  Mr David Glenn Berry
  Mr Lawrence Blake Jones

MDT-1